**E-filed 10/25/06**

PETER N. LAMBERTO, State Bar No. 061813
LAMBERTO & KREGER
160 West Santa Clara, Suite 1050
San Jose, CA 95113-2311
Telephone: (408) 999-0300
Facsimile: (408) 999-0301

Attorneys for Claimant KRISTINA LEE WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KRISTINA LEE WEST | Case No. **C05 03264   JF** |
| Claimant, | **Stipulation and (Proposed) Order for Dismissal of Defendants** |
| vs. | |
| REGIS CORP., dba TRADE SECRET SALON, EMANUEL ONDRICK, DOES 1-25, | **[FRCP 41(a)]** |
| Defendants. | |

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED by and between THE PARTIES TO THIS ACTION, Claimant Kristina Lee West (Claimant) and Defendants Regis Corp. and through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice in its entirety.

IT IS SO STIPULATED.

Dated: October 23, 2006                LAMBERTO & KREGER

                                       /S/
                                By: _____
                                    PETER N. LAMBERTO
                                    Attorneys for Claimant Kristina E. West

/////

1 | Dated: October 23, 2006                    Seyfarth Shaw, LLP

2

3                                              By:   /S/
                                                   Andrew McNaught
4                                                  Attorneys for Defendants Regis Corp., Inc.

5

*Good cause appearing therefore*, upon stipulation of counsel,

6

IT IS SO ORDERED.

7

8 | Dated:   10/24/06

                                               _____
9                                              HONORABLE JEREMY FOGEL
                                               JUDGE, U. S. District Court

- 2 -